# In the United States Court of Federal Claims
BID PROTEST

| | |
|---|---|
| HARMONIA HOLDINGS GROUP, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | No. 19-1064C <br> (Filed: July 24, 2019) |

**ORDER**

A status conference shall be held on **Thursday, July 25, 2019 at 2:00 PM.** Counsel for each party shall appear via telephone. Counsel will be contacted in advance of the status conference via email with the AT&T Reservationless Conferencing Service dial-in instructions.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge