# In the United States Court of Federal Claims
BID PROTEST

|  |  |
|---|---|
| HARMONIA HOLDINGS GROUP, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> THE MIL CORPORATION, ) <br> ) <br> Defendant-Intervenor. ) <br> ) | No. 19-1064C <br> (Filed: July 25, 2019) |

## SCHEDULING ORDER

As discussed in the telephonic status conference held this afternoon, this case will proceed according to the following schedule:

**August 7, 2019**    The government shall file the administrative record.

**August 21, 2019**   Plaintiff shall file its motion for judgment on the administrative record ("MJAR").

**September 4, 2019**  The government and Intervenor shall file their responses to Plaintiff's MJAR and their own MJARs.

**September 11, 2019** Plaintiff shall file its response to the government and Intervenor's MJARs and reply in support of its own MJAR.

**September 18, 2019** The government and Intervenor shall file their replies in support of their MJARs.

2

The government may file the administrative record via DVD, but shall also provide the Court with a printed and tabbed courtesy copy within a week after filing the record via DVD. The Court will schedule oral argument on the cross-motions for judgment on the administrative record at a later date.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge
