## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

|  |  |  |
|---|---|---|
| HARMONIA HOLDINGS GROUP, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 19-1064 |
| v. | ) ) | Judge Kaplan |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) ) | |

### DEFENDANT'S STATUS REPORT

Pursuant to representations made by the Government during the teleconference held on July 25, 2019, defendant, the United States, respectfully submits this status report.

The 90-day bridge contract between MIL Corporation and the Government is in place as of July 29, 2019, and performance on contract number 1331L5-19-F-1350-0279, issued through solicitation 1331L5-19-S-1350-0001, the contract at issue in this protest, is voluntarily suspended for 90 days, to and including October 27, 2019. At the conclusion of this period, in the event the above-captioned case is not yet decided, the Government will notify opposing counsel and the Court that the Government is lifting its voluntary stay of performance so as to ensure that efforts on this project continue unabated.

    Respectfully submitted,

    JOSEPH H. HUNT
    Assistant Attorney General

    ROBERT E. KIRSCHMAN, JR.
    Director

2

                                      s/ Deborah A. Bynum
                                      DEBORAH A. BYNUM
                                      Assistant Director

                                      s/ Andrew Hunter
                                      ANDREW HUNTER
                                      Trial Attorney
                                      U.S. Department of Justice
                                      Civil Division
                                      Commercial Litigation Branch
                                      P.O. Box 480
                                      Ben Franklin Station
                                      Washington, D.C. 20044
                                      Telephone: (202) 305-4726
                                      Facsimile: (202) 514-8624
                                      Email:  andrew.hunter@usdoj.gov
Dated: July 30, 2019                        *Attorneys for the United States*